**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 24, 2021**



Jeffery P. Hopkins
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: CARLTON D. GAINES
SHEIMEKA M. GAINES  :  CASE NO. 20-12622
CHAPTER 13
:
JUDGE JEFFERY P. HOPKINS

DEBTORS

:  AGREED ORDER
CONDITIONALLY
RESOLVING TRUSTEE'S
MOTION TO DISMISS (DOC. 39)

This matter is before the Court pursuant to the Trustee's Motion to Dismiss (Doc. 39) and Debtors' objection thereto. The Chapter 13 Trustee, Margaret A. Burks, and Debtors' Counsel, Steven R. Roell, Esq. agree to the following:

Debtors submitted a payment of $785.00 to the Trustee on March 22, 2021. Debtors shall submit the remaining $199.83 due in order to make a full plan payment of $984.83 on or before March 31, 2021, or Counsel shall file a certification of receipt of payment on or before that date.

Debtors shall make a subsequent full plan payment of $1093.12 on or before April 30, 2021 or Counsel shall file a certification of receipt of payment on or before that date.

Should debtors fail to make the payments described above, the Trustee may file a Notice of Non Compliance and upload an order of dismissal.

SO ORDERED.

Agreed By:

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street
Suite 2200
Cincinnati, OH  45202
513 621-4488
513 621-2643 Facsimile

/s/ Steven R. Roell *per email authorization 3/23/2021*
Steven R. Roell (0073590)
Attorney for Debtor
324 Reading Road
Cincinnati, OH 45202
(Ph) (513) 241-6748, ext. 218 (Fax) (513) 241-1615
Email: Srroell@aol.com

copies to:  Default list