UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-12622 |
| | : | |
| CARLTON D. GAINES | : | CHAPTER 13 |
| SHEIMEKA M. GAINES | : | |
| | : | JUDGE HOPKINS |
| DEBTORS | : | |
| | : | CERTIFICATION REGARDING |
| | : | DEBTORS' PAYMENT |

I, Steven R. Roell, attorney for the debtors herein, hereby certify that I have received from the debtors payment in the amount of Four Hundred Fifty Dollars ($450.00).  I mailed this payment via ordinary U.S. mail to the Trustee's Memphis post office box on April 29, 2021.

Respectfully Submitted,


/s/ Steven R. Roell
Steven R. Roell (0073590)
Attorney for Debtors
324 Reading Road
Cincinnati, OH  45202
(Ph)  (513) 241-6748, ext. 218
(Fax) (513) 241-1615
Email: Srroell@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing certification of payment was served: (i) electronically on the registered ECF participants in this case at the email addresses registered with the Court on the filing date and (ii) via ordinary U.S. mail on the following on April 29, 2021:

Carlton D. Gaines
9353 Loralinda Drive
Cincinnati, OH  45251

Sheimeka M. Gaines
22 Sarpy Road, Unit A
Belleville, IL  62221

/s/ Steven R. Roell
Steven R. Roell